ACEVEDO, RECURRENTE, *v.* EL REGISTRADOR DE CAGUAS,
RECURRIDO.

RECURSO gubernativo contra nota del Registrador interino de la Propiedad de Caguas denegando la anotación de un aviso de cuestión litigiosa.

No. 244.—Resuelto en febrero 15, 1916.

RECURSOS GUBERNATIVOS—DESESTIMACIÓN DEL RECURSO—NOTA CONSENTIDA.—Procede la desestimación de un recurso contra la acción de un registrador rehusando anotar preventivamente o practicar operación alguna en cuanto a documentos cuya inscripción fué denegada en nota anterior, que resolvió clara y expresamente la misma cuestión, consentida dicha nota original por haber transcurrido más de veinte días desde la fecha de su notificación y la de radicación de los documentos en la secretaría de este tribunal.

Los hechos están expresados en la opinión.

Abogado de la recurrente: *Sr. Rafael Arce.*

El registrador interino recurrido, Sr. Fernando Vázquez, compareció en nombre propio.

EL JUEZ ASOCIADO SR. HUTCHISON emitió la opinión del tribunal.

Habiendo presentado la recurrente en el Registro de la Propiedad de Caguas una moción sobre aviso de cuestión litigiosa (*lis pendens*) el registrador denegó su anotación por medio de la siguiente nota:

"Denegada la nota de aviso de demanda solicitada en virtud de los documentos que preceden por los defectos de que el artículo 91 del Código de Enjuiciamiento Civil se refiere solamente a demandas que afecten al título o al derecho de posesión de una propiedad inmueble y la precedente demanda se refiere a un embargo trabado sobre una finca que no consta inscrita a favor de los demandados, ni de ninguna otra persona, y de que el aviso o demanda en cuestión, no consta en forma auténtica, o sea por medio de certificación expedida por el secretario de la corte en que se ha radicado la demanda, no siendo suficiente para que se extienda tal anotación la mera afirmación de la parte en instancia dirigida al registrador, conforme previene la resolución del Hon. Tribunal Supremo de Puerto Rico, dictada en 12 de enero de 1911, en el caso No. 73, de *Mollfulleda* v. *El Registrador;* no procediendo en este caso extender anotación preventiva. Caguas, 10 de julio de 1915."

La recurrente obtuvo al efecto una certificación del secretario de la corte creditiva de que el caso se hallaba en tramitación e hizo una nueva presentación de dicho aviso en unión de la certificación, habiendo sido devueltos los documentos por el registrador con la siguiente nota:

"Devuelto el precedente documento sin practicar operación alguna, por no resultar subsanado el primero de los defectos a que se refiere la anterior nota denegatoria."

La recurrente presentó entonces en el registro de la propiedad la petición siguiente:

"El compareciente, como mandatario verbal y abogado de María Nicasia Acevedo Nieves, acompaña a la presente solicitud los siguientes documentos:

" '(A) Moción primitiva, de fecha 2 de junio de 1915, sobre aviso de cuestión litigiosa, producido a usted en este caso, con nota de presentación en su oficina, fechada en 24 de junio de 1915;

" '(B) Copia literal de la demanda producida en el caso civil del título, con nota denegatoria de esa oficina, fechada 16 días después, o sea en 10 de julio de 1915;

" '(C) Certificación del secretario de la Corte Municipal de Caguas, fecha 12 de julio de 1915, creditiva de que el caso civil del título aparece radicado en su oficina bajo el número 1546; y que la finca objeto del embargo cuya nulidad se pretende es la misma a que se refiere la copia de demanda que se ha presentado para obtener la anotación de aviso de cuestión litigiosa.'

"Que a los efectos de subsanar el defecto señalado por usted al pie de la copia de la demanda que se menciona bajo la letra (B), se hizo una nueva presentación de todos los documentos referidos en 13 de julio de 1915, y usted, 14 días después, puso una simple nota de devolución de los documentos sin practicar operación alguna, porque no resultaba, a su juicio, subsanado uno de los defectos que señaló en la nota denegatoria de 10 de julio de 1915; y en ninguna de las dos ocasiones tomó usted anotación preventiva, cual debió hacerlo cumpliendo el terminante precepto de la sección siete de la ley de primero de marzo de 1902, sobre recursos contra resoluciones de los registradores de la propiedad.

"Que la omisión de usted respecto de la práctica de esa anotación preventiva pone a los intereses de la peticionaria en grave riesgo, puesto que habiendo sido adjudicada ya a Román Boada por el

márshal de esta corte municipal la casa materia del embargo, si una nueva venta de la finca o la constitución de un gravamen hipotecario se llevaran a cabo sin existir esa anotación preventiva, se defraudarían los derechos de la solicitante en razón a que no podría dirigir su acción contra el tercer adquirente, que habría de alegar su buena fe en las transacciones.

"Para evitar esto, rogamos a usted que haciéndose cargo de la procedencia de la solicitud y del inminente riesgo en que de momento hanse colocado por esa oficina los intereses de la peticionaria por razón de la omisión indicada, se sirva despachar en el sentido que le plazca la documentación nuevamente presentada, pero tomando, en todo caso, por ser ello precepto imperativo de la ley, la anotación preventiva correspondiente. Caguas, P. R., julio 30 de 1915. Rafael Arce."

Unido a esta petición aparece el siguiente juramento:

"Yo, Rafael Arce Rollet, declaro bajo juramento: Que hoy día 30 de julio de mil novecientos quince, en las horas de la mañana me constituí en las oficinas del registro de la propiedad de esta población, y, haciendo entrega de la precedente moción y de los documentos que en ella se reseñan, juntamente con un dollar cincuenta centavos en sellos de rentas internas al Sr. Registrador Don Fernando Vázquez, le requerí para que practicara la anotación preventiva que se interesa en la aludida moción, y que el dicho registrador se negó no solamente a practicar la indicada anotación preventiva, si que también a admitir la presentación de los documentos en el diario de operaciones del registro. Caguas, P. R., julio 30 de 1915. Rafael Arce.

"Número 792.—Suscrito y jurado ante mí, hoy, por Rafael Arce Rollet, mayor de edad, de profesión abogado, vecino de esta ciudad, a quien conozco personalmente. Caguas, P. R., julio treinta de mil novecientos quince. Lorenzo Jiménez y García. Hay un sello de rentas internas de 25 centavos, cancelado. Sello del notario."

Aparece del expediente que la recurrente fué notificada de la resolución contenida en la nota a que se ha hecho refefencia en primer término el día 13 de julio y que los autos se recibieron en la oficina del secretario de este tribunal el día 7 de agosto de 1915.

Habiendo transcurrido más de veinte días desde la fecha en que fué notificada la primera nota sin haberse radicado

la documentación en esta corte; siendo indiscutible la corrección de la.segunda nota si aceptamos la propiedad de la primera, y habiendo sido resuelta clara y expresamente por el registrador en su nota original la cuestión promovida en la petición a que en último término se ha hecho referencia, la cuestión es una que está enteramente fuera de nuestra jurisdicción (*coram non judice*) y el llamado recurso de alzada debe ser desestimado sin que sea necesario entrar a considerar los méritos de las cuestiones cuya determinación se interesa. *Behn* v. *El Registrador de la Propiedad,* 21 D. P. R. 513, y casos citados en el mismo.

*Desestimado el recurso.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf y Aldrey.

El Juez Asociado Sr. del Toro no intervino.